LOUIS RANDISI et al., Respondents, v. HOUSEHOLD FINANCE CORPORATION, Appellant. (Consolidated Actions.)

COHN and CALLAHAN, JJ. (dissenting). In our opinion, section 358 of the Banking Law does not purport to declare a loan void merely because a statement furnished pursuant to section 353, by inadvertent error incorrectly states the date of maturity.

The error herein was clearly inadvertent, and the order should be reversed, the complaint dismissed and defendant Household Finance Corporation awarded judgment in the consolidated action.

Martin, P. J., Townley and Dore, JJ., concur in decision; Cohn and Callahan, JJ., dissent in opinion.

Judgment and order affirmed, with costs. (*Reich* v. *Railroad Employees' Personal Loan Co.*, 291 N. Y. 714.)